

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA DAVIDHEISER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | CIVIL ACTION<br>NO. 17-5097 |

FILED
NOV 06 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 6th day of November 2018, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 15), Plaintiff's Objections to the Report and Recommendation (Doc. No. 16), Defendant's Response to Plaintiff's Objections (Doc. No. 18), the record in this case, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 16) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 15) is **APPROVED** and **ADOPTED**.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.